# UNITED STATES DISTRICT COURT

# DISTRICT OF SOUTH CAROLINA

# COLUMBIA DIVISION

UNITED STATES OF AMERICA

vs.                                                                   CASE NO. 3:17-30

DEVANTE SIVAD PRIOLEAU

## PLEA

The Defendant, DEVANTE SIVAD PRIOLEAU, acknowledges receipt of a copy of the indictment and after arraignment pleads not guilty in open court.

_Devante Prioleau_
(Signed)    Defendant

Columbia, South Carolina
July 18, 2017